

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SATNAM SINGH, | No. 10-73866 |
| Petitioner, | Agency No. A078-657-017 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 10, 2012[**]

Before:     HUG, FARRIS, and LEAVY, Circuit Judges.

Satnam Singh, a native and citizen of India, petitions for review of a Board

of Immigration Appeals ("BIA") order dismissing his appeal from an immigration

judge's decision denying his application for protection under the Convention

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Against Torture.  We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

Singh contends that the BIA failed to state its reasons and show proper consideration of all factors and probative evidence concerning country conditions when denying relief under the Convention Against Torture.  This contention is belied by the record, which reflects that the court properly considered all the relevant evidence.  *See* 8 C.F.R. § 208.16(c)(3); *Cole v. Holder*, 659 F.3d 762, 771-72 (9th Cir. 2011); *Kamalthas v. INS*, 251 F.3d 1279, 1282 (9th Cir. 2001).

To the extent Singh challenges the BIA's February 8, 2007 order denying asylum and withholding of removal, we note that this court previously rejected those contentions in *Singh v. Holder*, 349 Fed.Appx. 237 (9th Cir. 2009), and we decline to reconsider them.  *See Merritt v. Mackey*, 932 F.2d 1317, 1320 (9th Cir. 1991).

**PETITION FOR REVIEW DENIED.**